UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- :
In the Matter of the Arbitration     : Docket No. _____
Between:                             :
                                     :
NORTH STAR REINSURANCE CORPORATION,  :
                                     : NOTICE OF MOTION FOR
              Petitioner,            : LEAVE TO FILE UNDER
                                     : SEAL CONFIDENTIAL
       -against-                     : EXHIBITS TO THE
                                     : DECLARATION OF JOSEPH
HAREL INSURANCE COMPANY f/k/a ZION   : J. SCHIAVONE IN
INSURANCE COMPANY LIMITED,           : SUPPORT OF NORTH
                                     : STAR'S PETITION TO
              Respondent.            : CONFIRM ARBITRATION
------------------------------------- : AWARD


TO:   CLERK OF THE COURT
      United States District Court
      Southern District of New York
      Daniel Patrick Moynihan United States Courthouse
      500 Pearl Street
      New York, NY 10007-1312

PLEASE TAKE NOTICE that Petitioner North Star Reinsurance Corporation ("North Star) hereby moves before the United States District Court for the Southern District of New York for an Order authorizing North Star to file under seal Exhibit A, Exhibit B and Exhibit D to the Declaration of Joseph J. Schiavone in Support of North Star's Petition to Confirm and Motion to Seal ("Schiavone Declaration")[1]. North Star's motion is made on the ground that good cause exists for sealing

---

[1] Copies of Exhibits A, B and D to the Schiavone Declaration were confidentially lodged with the Court in conjunction with the filing of the Petition to Confirm.

Exhibits A, B and D because the documents contain non-public, confidential information and public disclosure of the documents would create a substantial risk of direct and serious injury to North Star.

In support of this motion, Petitioner relies on the attached Declaration of Joseph J. Schiavone dated March 5, 2008, Declaration of Robert Edgeworth, dated February 15, 2008 and the accompanying Memorandum of Law.

                Respectfully submitted,

                BUDD LARNER, P.C.
                11 Penn Plaza – 5th Fl.
                New York, New York 10001
                (212) 946-2798

                -and-

                150 John F. Kennedy Parkway
                Short Hills, New Jersey 07078
                (973) 379-4800
                Attorneys for Petitioner
                 North Star Reinsurance
                 Corporation

                BY: _____
                JOSEPH J. SCHIAVONE (JS 7303)

Dated: March 5, 2008
      Short Hills, New Jersey

655754.w