UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- :
In the Matter of the Arbitration          :   Docket No. _____
Between:                                   :
                                           :
NORTH STAR REINSURANCE CORPORATION,        :
                                           :       NOTICE OF LODGING
                           Petitioner,     :        CONFIDENTIAL
                                           :   DOCUMENTS WITH COURT
             -against-                     :
                                           :
HAREL INSURANCE COMPANY f/k/a ZION         :
INSURANCE COMPANY LIMITED,                 :
                                           :
                           Respondent.     :
---------------------------------------- :


TO:  HAREL  INSURANCE  COMPANY  f/k/a  ZION  INSURANCE  COMPANY
     LIMITED AND ITS COUNSEL


     PLEASE  TAKE  NOTICE  that  March  6,  2008,  petitioners  North

Star  Reinsurance  Corporation  ("North  Star")  confidentially

ledged  with  the  Court  in  the  above-captioned  action  the

following non-public, confidential documents:

     1.   Exhibit A to the Declaration of Joseph J. Schiavone in

Support  of  North  Star's  Petition  to  Confirm  Arbitration  Award,

dated  March  5,  2008  ("Schiavone  Declaration").   Exhibit  A  is  a

copy  of  a  retrocessional  reinsurance  agreement  between  North

Star  and  Respondent,  Harel  Insurance  Company  f/k/a  Zion

Insurance Company Limited ("Zion").

2.    Exhibit B to the Schiavone Declaration.    Exhibit B is a copy of a retrocessional reinsurance agreement between North Star and Zion.

3.    Exhibit D to the Schiavone Declaration.    Exhibit D is a copy of the Final Award rendered in the arbitration proceeding conducted between North Star and Zion.

The above referenced documents have been lodged with the Court pending a ruling on forthcoming motion by North Star to file them under seal.

BUDD LARNER, P.C.
11 Penn Plaza – 5th Fl.
New York, New York 10001
(212) 946-2798

-and-

150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
Attorneys for Petitioner
 North Star Reinsurance
 Corporation

BY: _____
JOSEPH J. SCHIAVONE (JS 7303)

Dated: March 5, 2008
       Short Hills, New Jersey

668147.w

2