```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------  :
In the Matter of the Arbitration      :  Docket No. _____
Between:                              :
                                      :
NORTH STAR REINSURANCE CORPORATION,   :
                                      :
                        Petitioner,   :
                                      :
             -against-                :
                                      :
HAREL INSURANCE COMPANY f/k/a ZION    :
INSURANCE COMPANY LIMITED,            :
                                      :
                        Respondent.   :
------------------------------------  :
```

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner North Star Reinsurance Corporation states that it is a wholly-owned subsidiary of General Re Corporation, which is a wholly-owned subsidiary of Berkshire-Hathaway, Inc. There is no publicly held corporation that own 10% or more of its stock.

Dated: March 5, 2008
      Short Hills, New Jersey

                          BUDD LARNER, P.C.
                          140 Broadway, 46th Floor
                          New York, New York 10005
                          (212) 946-2798

                                -and-

                          150 John F. Kennedy Parkway
                          Short Hills, New Jersey 07078
                          (973) 379-4800
                          Attorneys for Petitioner

                  By: _____
                          Joseph J. Schiavone (JS 7303)

655885.w