UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
In the Matter of the Arbitration      :    Docket No. _____
Between:                               :
                                       :
NORTH STAR REINSURANCE CORPORATION,    :
                                       :    NOTICE OF PETITION
                         Petitioner,   :    TO CONFIRM
                                       :    ARBITRATION AWARD
              -against-                :
                                       :
HAREL INSURANCE COMPANY f/k/a ZION     :
INSURANCE COMPANY LIMITED,             :
                                       :
                         Respondent.   :
------------------------------------

PLEASE TAKE NOTICE, that upon the accompanying Petition of North Star Reinsurance Corporation, the Declaration of Joseph J. Schiavone dated March 5, 2008, Declaration of Robert Edgeworth, dated February 15, 2008 and Petitioner's Memorandum of Law dated March 5, the undersigned will petition this Court, located at the United States Courthouse, 500 Pearl Street, New York, New York, on _____ at _____, or as soon thereafter as counsel can be heard, for an Order pursuant to the provisions of the Federal Arbitration Act, Title 9, United States Code, Sections 1 et seq., confirming and reducing to a Judgment of the Court the Final Award issued on April 4, 2007, in the arbitration between the parties, and granting Petitioner post-award interest and such other further relief as the Court may deem just and proper.

Pursuant to the Local Civil Rules of this Court, responsive papers, if any, must be served on the undersigned within ten business days of the service hereof.

Dated: March 5, 2008
       Short Hills, New Jersey

                BUDD LARNER, P.C.
                140 Broadway, 46th Floor
                New York, New York 10005
                (212) 946-2798

                    - and -

                150 John F. Kennedy Parkway
                Short Hills, New Jersey 07078
                (973) 379-4800

                Attorneys for Petitioner
                North Star Reinsurance
                Corporation

BY: _____
    Joseph J. Schiavone (JS 7303)

655735.w