```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------    :
In the Matter of the Arbitration        :   Docket No. _____
Between:                                :
                                        :
NORTH STAR REINSURANCE CORPORATION,     :
                                        :   NOTICE OF LODGING
                           Petitioner,  :     CONFIDENTIAL
                                        :   DOCUMENTS WITH COURT
              -against-                 :
                                        :
HAREL INSURANCE COMPANY f/k/a ZION      :
INSURANCE COMPANY LIMITED,              :
                                        :
                           Respondent.  :
------------------------------------    :
```

TO: HAREL INSURANCE COMPANY f/k/a ZION INSURANCE COMPANY LIMITED AND ITS COUNSEL

PLEASE TAKE NOTICE that March 6, 2008, petitioners North Star Reinsurance Corporation ("North Star") confidentially ledged with the Court in the above-captioned action the following non-public, confidential documents:

1. Exhibit A to the Declaration of Joseph J. Schiavone in Support of North Star's Petition to Confirm Arbitration Award, dated March 5, 2008 ("Schiavone Declaration"). Exhibit A is a copy of a retrocessional reinsurance agreement between North Star and Respondent, Harel Insurance Company f/k/a Zion Insurance Company Limited ("Zion").

2. Exhibit B to the Schiavone Declaration. Exhibit B is a copy of a retrocessional reinsurance agreement between North Star and Zion.

3. Exhibit D to the Schiavone Declaration. Exhibit D is a copy of the Final Award rendered in the arbitration proceeding conducted between North Star and Zion.

The above referenced documents have been lodged with the Court pending a ruling on forthcoming motion by North Star to file them under seal.

                         BUDD LARNER, P.C.
                         11 Penn Plaza – 5th Fl.
                         New York, New York 10001
                         (212) 946-2798

                                -and-

                         150 John F. Kennedy Parkway
                         Short Hills, New Jersey 07078
                         (973) 379-4800
                         Attorneys for Petitioner
                          North Star Reinsurance
                          Corporation

                         BY: _____
                         JOSEPH J. SCHIAVONE (JS 7303)

Dated: March 5, 2008
      Short Hills, New Jersey

668147.w