```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------  :
In the Matter of the Arbitration      :  Docket No. _____
Between:                              :
                                      :
NORTH STAR REINSURANCE CORPORATION,   :
                                      :  NOTICE OF LODGING
                       Petitioner,    :    CONFIDENTIAL
                                      :  DOCUMENTS WITH COURT
          -against-                   :
                                      :
HAREL INSURANCE COMPANY f/k/a ZION    :
INSURANCE COMPANY LIMITED,            :
                                      :
                       Respondent.    :
------------------------------------  :
```

TO: HAREL INSURANCE COMPANY f/k/a ZION INSURANCE COMPANY LIMITED AND ITS COUNSEL

PLEASE TAKE NOTICE that March 6, 2008, petitioners North Star Reinsurance Corporation ("North Star") confidentially ledged with the Court in the above-captioned action the following non-public, confidential documents:

1. Exhibit A to the Declaration of Joseph J. Schiavone in Support of North Star's Petition to Confirm Arbitration Award, dated March 5, 2008 ("Schiavone Declaration"). Exhibit A is a copy of a retrocessional reinsurance agreement between North Star and Respondent, Harel Insurance Company f/k/a Zion Insurance Company Limited ("Zion").

2. Exhibit B to the Schiavone Declaration. Exhibit B is a copy of a retrocessional reinsurance agreement between North Star and Zion.

3. Exhibit D to the Schiavone Declaration. Exhibit D is a copy of the Final Award rendered in the arbitration proceeding conducted between North Star and Zion.

The above referenced documents have been lodged with the Court pending a ruling on forthcoming motion by North Star to file them under seal.

> BUDD LARNER, P.C.
> 11 Penn Plaza – 5th Fl.
> New York, New York 10001
> (212) 946-2798
>
> -and-
>
> 150 John F. Kennedy Parkway
> Short Hills, New Jersey 07078
> (973) 379-4800
> Attorneys for Petitioner
>  North Star Reinsurance
>  Corporation
>
> BY: _____/s/ J. Schiavone_____
> JOSEPH J. SCHIAVONE (JS 7303)

Dated: March 5, 2008
       Short Hills, New Jersey

668147.w

2