UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NORTH STAR REINSURANCE CORPORATION,

                Plaintiff,

      -against-

HAREL INSURANCE COMPANY, f/k/a ZION
INSURANCE COMPANY LIMITED,
                Defendant.
------------------------------------------------------------x

08 CIVIL 02380 ( DAB )

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: MARK D. HOERRNER

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: MH4669

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

    From: Skadden Arps Slate Meagher & Flom, LLP

    To: Budd Larner, P.C.

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] *Address:* 150 John F. Kennedy Parkway, CN 1000
              Short Hills, NJ 07078-0999

[X] *Telephone Number:* (973) 315-4458

[X] *Fax Number:* (973) 379-7734

[X] *E-Mail Address:* mhoerrner@budd-larner.com

Dated: 4/21/08                          */s/ Mark D. Hoerrner*