UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NORTH STAR REINSURANCE CORPORATION,
               Petitioner,

                                       08 Civ. 2380 (DAB)
    -against-                      ORDER TO SHOW CAUSE

HAREL INSURANCE COMPANY, also known as
ZION INSURANCE COMPANY LIMITED,
               Respondent.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The Court's records indicate that the Petition to Confirm Arbitration in this action was filed on March 7, 2008, and that the Summons was served on the Respondent March 10, 2008.

    Accordingly, Petitioner is hereby ORDERED TO SHOW CAUSE why his cause of action against the Respondent, should not be dismissed for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").

    If Petitioner fails by August 11, 2008 to either (1) show cause, or (2) move for a default judgment, the Petition shall be dismissed for failure to prosecute. Petitioner's showing of good cause, if any, shall be made by affidavit.

    SO ORDERED.

Dated:   New York, New York
           July 11, 2008

                                             Deborah A. Batts
                                       United States District Judge