UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

North Star Reinsurance Corporation,

               Plaintiff,

- against -

Harel Insurance Company
f/k/a Zion Insurance Company
Limited

               Defendant,

------------------------------------x

08 Civ. 02380 (DAB)

**AFFIDAVIT OF SERVICE FOR MOTION FOR DEFAULT JUDGMENT**

STATE OF NEW JERSEY  :
                            :
COUNTY OF ESSEX      :

I, Mark D. Hoerrner, of full age, being duly sworn, upon my oath, depose and state:

1. I am a member of the bar of this court and a shareholder of the firm of Budd Larner, P.C., attorneys for plaintiff, North Star Reinsurance Corporation.

2. On July 16, 2008, I caused one true and correct copy of plaintiff's Motion for Default Judgment, Affidavit for Default Judgment, and Notice of Motion, together with all attachments, exhibits, and supporting papers to be served by hand delivery upon Mendes and Mount, 750 7th Avenue, New York, New York, who was the contractual designee for service of process for Harel Insurance Company f/k/a Zion Insurance Company Limited prior to the entry of default in this matter.

Dated: Short Hills, New Jersey
       July 17, 2008

BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
(973) 379-4800 (phone)
mhoerrner@budd-larner.com (e-mail)

Attorneys for Plaintiffs North Star
Reinsurance Corporation

By: /s/ Mark D. Hoerrner
Mark D. Hoerrner

Signed and sworn to before me
this 17th day of July, 2008

/s/ Rosemary Bonocore
Notary Public

ROSEMARY A. BONOCORE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 8, 2009

w.681535